**So Ordered.**

**Dated: June 26th, 2019**   ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Frederick P. Corbit
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| In re: | Case No. 19-00236-FPC11 |
|---|---|
| JTWW, INC., | **ORDER ON DEBTOR'S MOTION TO ASSUME LEASE** |
| Debtor in Possession. | |

The Debtor in Possession having filed with the Court its Motion to Assume Lease [ECF 90], and the time for objections having expired, and no objections having been received or filed, now therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Debtor in Possession's Motion to Assume Lease is GRANTED.

/// END OF ORDER ///

**Presented by:**
WINSTON & CASHATT, LAWYERS

/s/ Timothy R. Fischer
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Timothy R. Fischer, WSBA No. 40075
Attorneys for Debtor in Possession


A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131